```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MINA KALLAMANI,                         :
                                        :
                       Plaintiff,       :   21cv9616 (DLC)
            -v-                         :
                                        :       ORDER
TENEGRAM CAPITAL PARTNERS, LLC,         :
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 10, 2022, this action was consolidated with Delcid v. Helen of Troy Ltd., 21CV09569. On July 27, the parties submitted in both actions a proposal for class settlement. Delcid was transferred to this Court on August 17. On August 23, this Court issued an Order in Delcid scheduling a telephone conference for September 29, at 11:30 a.m. to discuss preliminary approval of the proposed settlement. This action was transferred to this Court on September 23. Accordingly, it is hereby

ORDERED that the parties shall attend the telephone conference scheduled for **September 29, 2022** at **11:30 a.m.** to discuss preliminary approval of the settlement.

The parties shall use the following dial-in credentials for the conference.

       Dial-in:      888-363-4749

2

Access code:   4324948

The parties shall use a landline if one is available.

Dated:     New York, New York
           September 26, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge

2