UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTTO DELCID, et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>HELEN OF TROY LTD., TENEGRAM CAPITAL PARTNERS, LLC, TCP HOT ACQUISITIONS LLC, and IDELLE LABS, LTD.,<br><br>       Defendants. | Case No. 1:21-cv-09569-DLC |

**DECLARATION OF STEFAN BOEDEKER OF BERKELEY RESEARCH GROUP, LLC**
<u>**RE: PRICE PREMIUM DISCUSSION**</u>

I, Stefan Boedeker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

# 1 Introduction

1. My name is Stefan Boedeker. I am a Statistician and an Economist. I received a Bachelor of Science degree in Statistics and a Bachelor of Arts degree in Business Administration from the University of Dortmund/Germany in 1988. I received a Master of Science degree in Statistics from the University of Dortmund/Germany in 1988, and I received a Master of Arts degree in Economics from the University of California, San Diego in 1992. I also completed Ph.D. requirements (except dissertation) in Economics at the University of California, San Diego.

2. I am a Managing Director at the Berkeley Research Group ("BRG") based at 9205 West Russell Road, Suite 240, Las Vegas, NV 89148. Prior to joining BRG, I was a Partner at Resolution Economics. I also held Managing Director positions at Alvarez & Marsal, Navigant Consulting, and LECG. I held partner-level positions at Deloitte & Touche LLP, PricewaterhouseCoopers LLP, and Arthur Andersen LLP. At the three latter firms, I was responsible for the Economic and

Statistical Consulting group on the West Coast. Before moving to the United States to attend graduate school, I worked as a statistician for the German Government from 1986 to 1989.

3.  For over 30 years, my work has focused on the application of economic, statistical, and financial models to a variety of areas. This includes providing solutions to business problems, supporting complex litigation in a consulting and expert witness role, and conducting economic impact studies in a large variety of industries including, but not limited to, consumer electronics, healthcare, retail, grocery, manufacturing, technology, entertainment, manufacturing, automotive, energy and utilities, hospitality, and federal, state, and local government agencies. I have extensive experience designing and conducting consumer surveys, conjoint studies, and conduct market studies in a large variety of industries including, but not limited to, consumer products in general and personal care products in particular.

4.  I have conducted well over 100 consumer surveys, conjoint studies, and market studies in both the litigation context as a consultant and/or designated expert including the evaluation of damages in intellectual property litigation, and the non-litigation context as a statistical or economic consultant.

5.  I have issued numerous expert and rebuttal reports dealing with surveys, conjoint analysis, and statistical sampling related issues. I have been deposed on numerous occasions and have testified in court regarding surveys, conjoint studies, and statistical sampling-related issues.

6.  The purpose of this Declaration is to provide the Court with information regarding the calculation of a price premium in similarly situated cases using the technique of conjoint analysis.

## 2   Conjoint Analysis – Overview of Methodology

### 2.1   General Introduction

7.  Conjoint Analysis enjoys wide use in market research and is discussed in depth in the market research literature.[1] Vithala Rao's book, Applied Conjoint Analysis, gives numerous examples of the widespread use of Conjoint Analysis including but not limited to several high-

---

[1]   *See*, for example: Rao, Vithala, Applied Conjoint Analysis, Springer Verlag, 2014.

profile applications by large corporations and large public agencies such as (i) Microsoft for pricing newly released software products, (ii) Proctor & Gamble for consumer-goods pricing and new product development, (iii) Marriott Corporation for the development of the Courtyard hotel brand, and (iv) T-Mobile for developing optimal cellular plans. Conjoint Analysis was also integral to the development of the EZPass electronic toll collection system by regional transit agencies in New York and New Jersey in the 1990s.[2]

8.     The general idea behind Conjoint Analysis is that consumers' preferences for a particular product are driven by features or descriptions of features embodied in that product. Conjoint Analysis is a set of econometric and statistical techniques that have been developed to study consumers' decision-making processes, determining trade-offs between products, features, and price, as well as quantifying consumers' gains and/or losses of utility when choosing between different alternatives. By simulating real world and/or hypothetical choices between product features and prices, Conjoint Analysis is ideally suited to model the impact of different choice scenarios on a consumer's utility function.

9.     The data required for a Conjoint Analysis is collected in the setting of a survey where survey participants are shown product profiles with different levels of each attribute. For example, the inclusion of geofencing capabilities in smartphone apps is an attribute and "yes" and "no" are levels of the attribute (*i.e.*, the smartphone either allows apps with geofencing capability or not). The survey participants are consumers who currently are or recently have been in the market for the product of interest. After reviewing a set of choice menus of product attributes and their levels, survey participants are then asked to indicate their preferences for these profiles. The product profiles include choice options for different price points for each set of features on the choice menu.

10.     After the completion of the survey, the Conjoint Analysis uses data from the survey on the attribute levels of the product profiles shown, and the resulting preferences or choices of respondents, to decompose the respondents' preferences for a product into the partial contribution of these attribute levels ("partworths") to overall product utility using appropriate

---

[2]   Rao, Vithala, Applied Conjoint Analysis, Springer Verlag, 2014.

statistical methods. The econometric and statistical models used in the conjoint analysis – Hierarchical Bayesian Estimation, Mixed Logit Models, and Demand Curve Specification – will be discussed further down. These estimation techniques allow to quantify the partworths for attribute levels such that the resulting estimated partworths best predict respondents' preferences or choices from the survey.

11. The additional price consumers would pay for the inclusion of a feature can then be calculated and a variety of situations and trade-offs between choices can be modeled and their outcomes can be precisely quantified. The precision, and thus the reliability, of the resulting estimations depends on the number of survey participants. The more respondents who take part in the survey, the more precise the resulting predictions will be.

12. For this assignment, I applied a form of Conjoint Analysis known as Choice-Based Conjoint Analysis ("CBC"). In CBC, study participants are shown sets of product profiles (called "choice sets" or "choice menus") and are asked to choose the profile that they would prefer to purchase if the choice menu offered would describe the only products that were available. CBC survey methods closely mimic real-world purchase processes.[3] Conjoint Analysis allows for the prediction of the probability that a respondent will choose any product profile that is described by the partworths and can do so for any competitive set of products.[4]

13. Partworths are typically normalized such that the partworth for all levels of a given attribute sum to zero. In the case of a binary attribute with two levels, the more desired attribute level would have a positive value and the less desired attribute level would have the same value but with a negative sign.

14. Based on the estimations, it is also possible to simulate how choice shares would change in a market based on a change in overall price. CBC enables us to determine the difference in value (the "price premium") that a class of purchasers of Sure and Brut aerosol antiperspirants would

---

[3] Orme, Bryan K, Getting Started with Conjoint Analysis: Strategies for Pricing Research, 2nd ed., Madison: Research Publishers, 2005.

[4] Allenby, Greg M & Peter E Rossi, "Hierarchical Bayes Models," in Grover, Rajiv & Marco

have paid if they had been told that the products were either contaminated with benzene or were at a risk of being contaminated with benzene.

## 2.2     Measuring the Value of a Level of an Attribute Using CBC

15.     The following steps explain the mechanics of how the results of a CBC Study can be used to determine the value of a desirable attribute.

16.     Based on the partworths derived from the CBC study, the percentage of study participants who would have purchased a certain Product X with Attribute Z at a given price can be calculated. Let's assume that he partworth of the presence of Attribute Z is positive indicating that Attribute Z is generally desirable to the study participants. Let's assume that the product claims that it has the desirable Attribute Z but in fact doesn't have it.

17.     For example, let's assume that 80% of study participants would buy Product X without the desirable Attribute Z for $25. If now the same Product X is offered with the desirable Attribute Z at the same price, then the positive partworth of the presence of Attribute Z would lead to an increase of the demand for Product X. In the example, let's assume that the demand for Product X with the desirable Attribute Z present at the same price increases to 80%.

18.     Next, I incrementally increase the price of Product X with the desirable Attribute Z. For example, when the price is increased by $15 to $40, then the share of study participants choosing Product X with the desirable Attribute Z goes down, let's say to 65%.

19.     Finally, an additional price increase of $15 to a new price of $55 may make the share of study participants choosing Product X with the desirable Attribute Z drop down to 50% which was the same percentage of study participants who bought Product X without the desirable Attribute Z.

20.     Any further increase in price would make fewer study participants choose Product X with the desirable Attribute Z. In an economic sense, the results from the CBC study have shown that consumers are indifferent between buying Product X without the desirable Attribute Z for $25 and buying the otherwise identical Product X with the desirable Attribute Z at $55. This implies that the price premium of Attribute Z to the consumer is $30 ($55 minus $25).

Declaration of Stefan Boedeker of BRG re: Price Premium Discussion

*Figure 1: Measuring the Value of a Level of an Attribute Using CBC Analysis*



*Source: Illustrative example.*

21.     The calculation described above essentially finds the intersection between 1) the curve representing the decreasing share of respondents who would have purchased Product X with the desirable Attribute Z as prices increase and 2) the horizontal (dotted) line representing the share of respondents who would have bought the otherwise identical Product X without the desirable Attribute Z.

22.     In more general terms, using the results from the CBC study (i.e., the partworth of the presence of the desirable Attribute Z when buying Product X), the value of the presence of the desirable Attribute Z when buying Product X can be determined as follows:

   a. Find the share of study participants $S_{wo}$ who would pay Price $P_1$ for Product X without the desirable Attribute Z.

b.  Add the attribute and calculate the share of study participants $S_w$ who would buy the Product X with the desirable Attribute Z at price $P_1$.

c.  Incrementally increase the price of Product X with the desirable Attribute Z until you find the price $P_2$ for which the share of respondents buying Product X with the desirable Attribute Z ($S_{wZ}$) equals the share of study participants buying Product X without the desirable Attribute Z ($S_{woZ}$).

d.  The difference $P_2$ minus $P_1$ provides a reliable estimate of the value of the attribute.

23. The same logic can be applied to an undesirable attribute whose presence is omitted to the consumer like the antiperspirants contaminated with Benzene or being at risk of being contaminated with benzene:

a.  Find the share of study participants $S_{woZ}$ who would pay Price $P_1$ for Product X without the undesirable Attribute Z.

b.  Add the undesirable attribute and calculate the share of study participants $S_{wZ}$ who would buy the Product X with the undesirable Attribute Z at price $P_1$.

c.  Incrementally decrease the price of Product X with the undesirable Attribute Z until you find the price $P_2$ for which the share of respondents buying Product X with the undesirable Attribute Z ($S_{wZ}$) equals the share of study participants buying Product X with the undesirable Attribute Z ($S_{woZ}$).

d.  The difference $P_2$ minus $P_1$ provides a reliable estimate of the price premium that a class of purchasers of Sure and Brut aerosol antiperspirants would have paid if they had known that the products were either contaminated with benzene or were at a risk of being contaminated with benzene.

## 3     The Value of Price Premia in False and Misleading Advertisement Cases

24. In my experience in applying conjoint analysis to false and misleading advertisement cases, I have observed a difference in the value of price premia between cases dealing with claims of a product having a desirable feature when in fact it does not and cases dealing with an omitted undesirable or even potentially harmful feature like contamination, negative side effects, or health hazards. In general, consumers tend to be more sensitive to the omission of undesirable or

potentially harmful attributes. In cases with claims of a product having a desirable feature when in fact it does not, price premia often range between 10%-25% while in cases with allegations about an omitted undesirable or even potentially harmful feature like contamination, negative side effects, or health hazards I have observed price premia in the range between 20% and 40% depending on the severity of the negative consequences and the actual risk that a particular unit of the product actually manifests the negative consequences of the omitted undesirable feature. In fact, in cases where the omitted undesirable feature is so severe that the consumption of the product produces no utility to the consumer, the price premium could even be equal to the purchase price or exceed the purchase price. In Economics, products with no or negative utility to the consumer are called a bad. A good example of an economic bad is a bag of spinach contaminated with e-coli bacteria. No consumer would ever knowingly buy such product. Colloquially, this is expressed as "one would have to give me money to buy this product".

# 4    CONCLUSION

25.    Based on the discussion above, it is my opinion that purchaser of Sure and Brut aerosol antiperspirants would have paid at least an average of 30% less if they had been told that the products were either contaminated with benzene or were at a risk of being contaminated with benzene.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Las Vegas, Nevada, this 21st day of March 2023.

_____
Stefan Boedeker